Case 4:23-cr-00465 Document 19 Filed on 02/21/24 in TXSD Page 1 of 5

United States Courts
Southern District of Texas
FILED
February 21, 2024
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:23-cr-0465-S |
| CLAUDE EDWARD SLAUGHTER III<br>Defendant | § § § | |

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

(Possession With Intent to Distribute Controlled Substance)

On or about May 2, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**CLAUDE EDWARD SLAUGHTER III,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT TWO

(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about May 2, 2023, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**CLAUDE EDWARD SLAUGHTER III,**

during and in relation to a drug trafficking crime, did knowingly possess a firearm, that is, a Glock pistol with serial number 055925, in furtherance of a drug trafficking crime, that is, the possession

with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count One of this Indictment, for which the defendant may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(A)(i), and Title 18, United States Code, Section 2.

## COUNT THREE

**(Possession of a Machinegun)**

On or about May 2, 2023, in the Houston Division of the Southern District of Texas,

**CLAUDE EDWARD SLAUGHTER III,**

the defendant herein, did knowingly possess a machinegun, to wit: a Glock pistol with serial number BGVW662 with a machinegun conversion devise installed which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26 U.S.C., Section 5845(b).

In violation of Title 18 United States Code, Section 922(o)(1) and 924(a)(2).

## COUNT FOUR

**(Possession of an Unregistered Machinegun)**

On or about May 2, 2023, in the Houston Division of the Southern District of Texas,

**CLAUDE EDWARD SLAUGHTER III,**

the defendant herein, knowingly possessed a machinegun, that was not registered to him in the National Firearms Registration and Transfer Record, to wit: a Glock pistol with serial number BGVW662 with a machinegun conversion devise installed, which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a

machinegun as defined in 26 U.S.C., Section 5845(b).

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT FIVE

### (Felon in Possession of a Firearm)

On or about May 2, 2023, in the Southern District of Texas,

**CLAUDE EDWARD SLAUGHTER III,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, in or affecting commerce, namely, a Glock pistol with serial number BGVW662 with a machinegun conversion devise installed that had been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT SIX

### (Transport or Receipt of Explosive Material by a Prohibited Person)

On or about May 2, 2023, in the Southern District of Texas,

**CLAUDE EDWARD SLAUGHTER III,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed explosive material which had been shipped and transported in and effecting interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 842(i) and 844(a).

## NOTICE OF CRIMINAL FORFEITURE

1. The allegations contained in this indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Count one, an offense in violation of Title 21, United States Code, §§ 841 or 846, the following is subject to forfeiture:

    a. $229,303.00 of United States currency

    b. 2022 GMC Sierra 2500 Denali, VIN 1GT49RE79NF336929

    c. Two (2) Pieces of Jewelry totaling $3,950.00

    d. all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

    e. all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

3. Upon conviction of Count Two, Three, or Four in the Indictment, CLAUDE EDWARD SLAUGHTER III shall forfeit to the United States, pursuant to Title 18, United States Code, §924(d)(1), by Title 28, United States Code, §2461(c) and by Title 26, United States Code, § 5872(a): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including any and all machineguns, to wit: a machinegun and/or a machinegun conversion device, which is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in 26 U.S.C., Section 5845(b). Forfeiture to include, but not limited to:

    a. Glock pistol, serial number BGVW662 with gold "switch" attachment

    b. AR-15 rifle, serial number 20-070469

    c.  Glock pistol, serial number 055925 with (8) 10mm rounds

    d.  Draco rifle, serial number PMD 15659-19RO

    e.  Short barrel AR-15 style pistol, no serial number

    f.  Glock Pistol, serial number XRS710 with gold "switch" attachment

    g.  60 round AR/M4 drum magazine with bullets

    h.  Ammunition

    i.  M205A2 Fuze hand grenade, lot number OPI-6-81

    j.  M205A2 Fuze hand grenade, lot number OPI-4-17

A TRUE BILL:

*Original Signature on File*
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Britni Cooper*
BRITNI COOPER
ASSISTANT UNITED STATES ATTORNEY