United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO:  4:23-CR-00465 |
| | § | |
| CLAUDE EDWARD SLAUGHTER, III, | § | |
| Defendant. | § | |

### ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture, which was signed on December 19, 2025 (Document 40) and became final as to the defendant Claude Edward Slaughter, III on the same date, is made part of the defendant's sentence and shall be included in the judgment.

Signed at Houston, Texas, on _____June 29_____, 2026.

_____
ANDREW S. HANEN
United States District Judge